# United States Bankruptcy Court
## Southern District of Ohio

In re: **Matthew W. Allyn**  
Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 18, 2017**

/s/ **Matthew W. Allyn**  
**Matthew W. Allyn**  
Signature of Debtor