# United States Bankruptcy Court
## Southern District of Ohio

In re  **Matthew W. Allyn**                                          Case No.  **2:17-bk-54560**
                              Debtor(s)                              Chapter    **7**

## Notice of Change of Address

Debtor's Social Security Number:            **xxx-xx-9044**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Matthew W. Allyn**

Street:            **3982 Powell Rd. #132**

City, State and Zip:  **Powell, OH 43065**

Telephone #:

**Please be advised that effective** July 19, 2017,
**my (our) new mailing address and telephone number is:**

Name:              **Matthew W. Allyn**

Street:            **3982 Powell Rd.  #142**

City, State and Zip:  **Powell, OH 43065**

Telephone #:

                                                        **/s/ Matthew W. Allyn**
                                                        **Matthew W. Allyn**
                                                        Debtor