**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

    Matthew W. Allyn,

        Debtor                                   Case No. 17-54560
                                                        Chapter 7
                                                        Judge: John E. Hoffman Jr.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the debtor's Amended Statement of Intention was served electronically upon all parties registered for electronic service with the Court at the address on file with the clerk of Courts this 19th day of July, 2017.

                                                        /s/ Michael T. Gunner
                                                        Michael T. Gunner (0002078)
                                                        Isaac Wiles
                                                        Two Miranova Place, Suite 700
                                                        Columbus, Ohio 43026
                                                        (614) 221-2121
                                                        (614) 365-9516 (fax)
                                                        mgunner@isaacwiles.com
                                                        Attorney for the Debtor

Serve electronically upon:

United States Trustee
Frederick M. Luper, Trustee
Michael T. Gunner, Attorney for Debtor

And regular mail upon the following:

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Chase Mortgage
PO Box 24696
Columbus, OH 43224

Matthew Allyn
3982 Powell Rd. #142
Powell, OH 43065

And all parties upon the attached matrix.